CASE: 05-18-00481-CV

Joseph .T. Smith, Appellant

V.

THE STATE OF TEXAS,

Appellee

RECEIVED
COURT OF APPEALS

JUN 0 4 2018

LISA MATZ
CLERK, 5th DISTRICT

IN THE COURT OF APPEALS

FIFTH DISTRICT O

TEXAS At DALLAS

4th Court of Appeals
FILED: 06/04/2018
16:01:43
Lisa Matz, Clerk

ON APPEAL FROM THE 366th Judicial DISTRICT COURT COLLIN COUNTY, TEXAS TRIAL COURT

CAUSE NO. 366-80590-2016

APPELLANT'S Pro SE MOTION TO APPEAL FiFTH COURT OF APPEALS RULING ON APPELLANTS WRIT OF MANDAMUS

TO THE HONORABLE JUSTICES OF THE COURT:

COMES NOW APPELLANT EN PRO SE, Joseph Smith In The above styled and numbered Cause, And Moves this Court to grant Appellants Pro Se motion to APPEAL FiFTH COURT OF APPEAIS Ruling on APPELLANTS WRIT OF MANDAMUS, and In Support would Show the Court as follows:

I.

JURISDICTION

STATMENTS OF FACT

By order dated March 15, 2018 in Cause number 05-17-00034-CR this Court ordered Relators Counsel LARA. E. BRACA MONTE to Provide relator with a copy of the 44 Page August 29, 2016 Compentency hearing. IN the Original proceeding Relator Complained Appellant Counsel LARA. E. BRACAMONTE By order of the Court Sent Relator a PaPER COPY OF THE 44 Page Supplemental reporters record with STATES EXHIBITS 1 and 1A on a Digital Video disk Relator is Incarcerated and as a result cannot access Computer Activated Sofware or Hard ware Relator Seeks a WciT OF MANDAMUS Directing the Trial Court to Provide him with a Transcribed Paper copy of the States Exhibits 1. and 1A Not only

(1)

A paper copy of the 44 page Supplemental reporters record of the August 29, 2016 Compentency Hearing

## II.

By order dated May 1, 2018, This Court ordered the Clerk of This Court to Send Relator a Paper copy of the 44 Page Supplemental reporters record of the Aug 29, 2016 Compentency hearing ONLY not a copy of the STAtes Exhibits 1 and 1A relator requested and would need to Properly Cite an Abuse of Discretion by the Honorable Angela Tucker to Show Meritious Grounds of error on the record To Make compile proper brief response to Counsels claim of No meritious grounds of error in the Anders Brief who Stated in the Anders Brief Filed that She wasnt given access to either. Justices Bridges, Brown, and Boatright in the Memorandum Opinion Based their opinion on the May 1, 2018 order directing the Clerk of This Court to provide relator with 44 page Supplemental reporters record of the August 29, 2016 Incompentency hearing which relator was Already in possesion of the issue for Relief was the Unacessible STATES EXHIBITS 1 and 1A Relators WriT OF MandaMus was Denied as **MOOT** when Relief Sought was never Fully granted the CLAIM Had merit

(2)

the Factual issues are in Controversy and can be proven by this Court the Writ of Mandamus was in Fact Not **MOOT** Relator never recieved full access to the record Could not properly file a Brief

Contesting Counsels claim of No meritious error for grounds on direct Appeal in the Filed Anders Brief which is fraudulent error on part of Appellate Counsel Lara E. Bracamonte and A Brady Violation on this Court "Evidence is Material within the measuring of Brady when there is reasonable Probability that, Had the evidence been disclosed the result of the proceeding would have been diffrent Smith V. CAIN, 132 S.CT 627 (2012) which has been Effectivley denied To the relator

## III.

WHEFORE PREMISES ConsiDered, And IN THE INTREST OF JUSTICE,

appellant prays the Court grant this request For Appellants pro se MOTION to Appeal FIFTH COURT OF APPEAIS RUling ON APPEIIANTS WRIT OF MANDAMUS

(3)

# CERTIFICATE
## OF SERVICE

I certify that a True and correct carbon copy of the Above and foregoing Motion to APPEAL Fifth court of Appeals ruling on Appelants writ of MANDAMUS Has Been forwarded by US. Dre Paid First class mail TO ATTorNey FOR The STATE John. R. Rolater At 2100 Bloom Dale R.D., Suite 200 Mckinney, TX 75021 ON THIS THE 26 Day of ~~May~~ May, 2018

Joseph T Smith

_Joseph Smith_

RelaTor / AppeliauT
Prose
Clements UniT
TDCS# 02107016
9601 Spur 591
Amarillo, Tx 79107-9606

LisA MATZ, CleRk OF THE COURT,

Re: CourT OF Appeals Case NO. 05-17-00034-CR
     Trial court Case No. 366-80590-2016
STYle: Joseph. T. Smith
        v.
     THE STATE OF Texas

RECEIVED
COURT OF APPEALS

JUN 0 4 2018

LISA MATZ
CLERK, 5th DISTRICT

        Please Find Enclose Appellants Pro Se motion
to Appeal FiFTH court OF APPEAIS rulins on
WriT OF MANDAMUS Please file and bring
to the Attention of the court Promptly

                        Respectfully Submitted

                        Joseph Smith

                        Joseph T. Smith
                        Appellant pro se
                   TDCS No. 0210706
                   Clements unit
                   9601 Spur 591
                   Amarillo, TX 79107

Joseph Smith 2107016
Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

AMARILLO TX 791

30 MAY 2018 PM 1 T



**RECEIVED**
COURT OF APPEALS

JUN 0 4 2018

LISA MATZ
CLERK, 5th DISTRICT

Legal MAIL

Lisa Matz
Clerk of the Court
Court of Appeals Fifth District
of Texas At Dallas
600 Commerce Street
Dallas, TX 75202

752023 6604